# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

|  |  |  |
|---|---|---|
| BETTY WELLES CAMPBELL, EXECUTRIX OF THE ESTATE OF SAMUEL P. CAMPBELL, SR., AND BETTY WELLES CAMPBELL, IN HER OWN RIGHT | : : : : : : : : : : : : | No. 304 WAL 2016<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : : : : | |
| A.O. SMITH CORPORATION, IN ITS OWN RIGHT AND AS SUCCESSOR IN INTEREST TO THE CLARK CONTROLLER COMPANY AND A.O. SMITH CORPORATION; A.W. CHESTERTON COMPANY; AGCO CORPORATION, AS SUCCESSOR IN INTEREST TO ALLIS CHALMERS CORPORATION; AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.; AJAX MAGNETHERMIC CORPORATION; ALLIED GLOVE CORPORATION; AMERICAN OPTICAL CORPORATION; AMERICAN STANDARD COMPANY, INC.; ARMSTRONG INTERNATIONAL, INC., ARMSTRONG PUMPS, INC.; AQUA-CHEM, INC., CLEAVER-BROOKS DIVISION; AURORA PUMP COMPANY; BEAZER EAST, INC. IN ITS OWN RIGHT AND AS SUCCESSOR TO KOPPERS COMPANY, INC. AND OTHER RELATED COMPANIES INCLUDING THIEM CORPORATION, BEAZER USA, INC., AND BEAZER, PLC; BLACKMER PUMP COMPANY; BW/IP INTERNATIONAL INC., F/K/A BORG WARNER INDUSTRIAL PRODUCTS, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO BYRON JACKSON PUMPS; CASHCO, INC.; CATALYTIC | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

CONSTRUCTION COMPANY; CBS                    :
CORPORATION, A DELAWARE                       :
CORPORATION, F/K/A VIACOM INC.,               :
SUCCESSOR BY MERGER TO CBS                    :
CORPORATION, A PENNSYVLANIA                   :
CORPORATION, F/K/A WESTINGHOUSE               :
ELECTRIC CORPORATION;                         :
CHAMPLAIN CABLE CORPORATION, AS               :
SUCCESSOR IN INTEREST TO                      :
HERCULES INC; COLUMBUS                        :
MCKINNON; COMMONWEALTH EDISON                 :
COMPANY; COPES-VULCAN, INC;                   :
CRANE CO.; CROWN CORK & SEAL                  :
COMPANY; DEZURIK, INC.; DRAVO                 :
CORPORATION; DURAMETALLIC                     :
CORPORATION; EATON                            :
CORPORATION, AS SUCCESSOR IN                  :
INTEREST TO CUTLER HAMMER, INC.               :
EICHLEAY CORPORATION;                         :
ELECTROLUX HOME PRODUCTS; ELSA                :
BENSON, INC; EXELON                           :
CORPORATION; FLOWSERVE U.S.,                  :
INC., F/K/A FLOWSERVE FSD                     :
CORPORATION, AS SUCCESSOR TO                  :
DURCO INTERNATIONAL, DURIRON                  :
COMPANY AND DURAMETALLIC; FMC                 :
CORPORATION, INDIVIDUALLY AND ON              :
BEHALF OF ITS FORMER PEERLESS                 :
PUMPS; FOSECO, INC.; FOSTER                   :
WHEELER CORPORATION; GENERAL                  :
CABLE CORPORATION; GEORGIA                    :
PACIFIC CORPORATION; GENUINE                  :
PARTS COMPANY; GOULDS PUMPS,                  :
INC; GREENE TWEED & COMPANY;                  :
GRINNELL LLC; HEDMAN RESOURCES                :
LIMITED; HONEYWELL, INC.,                     :
HONEYWELL INTERNATIONAL, INC.,                :
FORMERLY KNOWN AS ALLIED                      :
SIGNAL, INC., AS SUCCESSOR IN                 :
INTEREST TO THE BENDIX                        :
CORPORATION; IMO INDUSTRIES,                  :
INC., F/K/A IMO DELAVAL, INC., F/K/A          :
TRANSAMERICAN DELAVAL, INC.,                  :
F/K/A DELAVAL TURBINE, INC.,                  :
DELAVAL TURBINE, INC., DEVALCO                :
CORPORATION; INDUSTRIAL                       :

HOLDINGS CORPORATION F/K/A                :
CARBORUNDUM COMPANY;                      :
INGERSOLL RAND; INSUL COMPANY,            :
INC.; ITT CORPORATION, F/K/A ITT          :
INDUSTRIES; JOY TECHNOLOGIES             :
F/K/A JOY MANUFACTURING                   :
COMPANY D/B/A JOY                         :
MANUFACTURING COMPANY, INC;               :
KAISER GYPSUM COMPANY, INC.;              :
MALLINCKRODT US LLC, IN ITS OWN           :
RIGHT AND AS SUCCESSOR IN                 :
INTEREST TO IMCERA GROUP, INC.,           :
AND INTERNATIONAL MINERALS AND            :
CHEMICAL CORPORATION, AND AS              :
SUCCESSOR IN INTEREST TO E.J.             :
LAVINO; MARLEY COOLING TOWER;             :
MCCANN SHIELDS PAINT COMPANY;             :
MCCARLS, INC.; MCJUNKIN RED MAN           :
CORPORATION, IN ITS OWN RIGHT             :
AND AS SUCCESSOR IN INTEREST TO           :
MCJUNKIN CORPORATION; MET-PRO             :
CORPORATION AND ITS DEAN PUMP             :
DIVISIONL METROPOLITAN LIFE               :
INSURANCE COMPANY A/K/A                    :
METROPOLITAN INSURANCE                    :
COMPANY; MILWAUKEE VALVE                  :
COMPANY; MINE SAFETY APPLIANCE           :
COMPANY; MINNOTTE CONTRACTING            :
CORPORATION; MORGAN                        :
ENGINEERING, IN ITS OWN RIGHT AND         :
AS SUCCESSOR IN INTEREST TO               :
ALLIANCE MACHINE COMPANY; NAGLE           :
PUMPS, INC; OAKFABCO, INC.;               :
OGLEBAY NORTON COMPANY, AND               :
ITS DIVISION FERRO ENGINEERING;           :
OWENS-ILLINOIS, INC.; PHELPS              :
DODGE INDUSTRIES, INC; POWELL             :
VALVE COMPANY; POWER PIPING;              :
PREMIER REFRACTORIES, INC., F/K/A         :
ADIENCE, INC, SUCCESSOR IN                :
INTEREST TO ADIENCE COMPANY, LP,          :
AS SUCCESSOR TO BMI, INC.; RILEY          :
STOKER CORPORATION; ROCKWELL              :
AUTOMATION, INC., IN ITS OWN RIGHT        :
AND AS SUCCESSOR IN INTEREST TO           :
ALLEN BRADLEY; SAFETY FIRST               :

INDUSTRIES, INC., IN ITS OWN RIGHT : 
AND AS SUCCESSOR IN INTEREST TO : 
SAFETY FIRST SUPPLY, INC.; SAINT- : 
GOBAIN ABRASIVES, INC., FORMERLY : 
KNOWN AS NORTON COMPANY; : 
SARGENT & LUNDY, LLC; SPIRAX : 
SARCO, INC; SQUARE D COMPANY; : 
TASCO INSULATION, INC., F/K/A/ THE : 
ASBESTOS SERVICE COMPANY; THE : 
ELECTRIC CONTROLLER AND : 
MANUFACTURING COMPANY; THIEM : 
CORPORATION, AND ITS DIVISION, : 
UNIVERSAL REFRACTORIES; TRECO : 
CONSTRUCTION SERVICES, INC., F/K/A : 
THE RUST ENGINEERING COMPANY; : 
TYCO FLOW CONTROL COMPNAY, LLC : 
AS SUCCESSOR IN INTEREST TO : 
CROSBY VALVE; UNIFRAX : 
CORPORATION F/K/A CARBORUNDUM; : 
UNION CARBIDE CORPORATION AND : 
ITS LINDE DIVISION; UNITED : 
CONVERYOR CORPORATION; UNITED : 
STATES STEEL CORPORATION; : 
WASHINGTON GROUP INTERNATION, : 
F/K/A RAYTHEON ENGINEERS AND : 
CONTRACTORS, INC., AND ALL ITS : 
DOMESTIC SUBSIDIARIES, INCLUDING : 
THE BADGER COMPANY, INC., : 
WHITING CORPORATION; YARWAY : 
CORPORATION; YEOMANS CHICAGO : 
CORPORATION, IN ITS OWN RIGHT : 
AND AS SUCCESSOR IN INTEREST TO : 
MORRIS PUMPS, INC., ZURN : 
INDUSTRIES, INC., A/K/A ERIE CITY : 
IRON WORKS : 
 : 
 : 
PETITION OF: MARK CAMPBELL, : 
SAMUEL CAMPBELL JR., THOMAS : 
CAMPBELL, CHRISTINE NOONAN AND : 
DEBORAH SULLIVAN : 

# ORDER

**PER CURIAM**

  **AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

  Justice Mundy did not participate in the consideration or decision of this matter.